**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF KENTUCKY**
**NORTHERN DIVISION**
**COVINGTON**

Eastern District of Kentucky
FILED
SEP 10 2026
AT COVINGTON
Robert R. Carr
CLERK U.S. DISTRICT COURT

**UNITED STATES OF AMERICA**

**V.** **INDICTMENT NO.** 26-68-DLB-CJS

**ORIF OLIMJONOV,**
**MOHAMED SAKR, and**
**TANASORN PUPONMETABODEE**

* * * * *

**THE GRAND JURY CHARGES:**

**COUNT 1**
**18 U.S.C. § 542**

On or about March 22, 2022, in Boone County, in the Eastern District of Kentucky, and elsewhere,

**ORIF OLIMJONOV,**
**MOHAMED SAKR, and**
**TANASORN PUPONMETABODEE,**

aiding and abetting each other and other persons known and unknown to the grand jury, willfully and knowingly did enter and introduce, and attempt to enter and introduce, into the commerce of the United States imported merchandise, that is, approximately 264 truck and bus tires, by means of false and fraudulent statements, invoices, declarations, affidavits, letters, and papers submitted in connection with the entry and introduction of that merchandise into the United States, that is, false information regarding the tires' country of origin, without reasonable cause to believe the truth of such statement, and

country of origin, without reasonable cause to believe the truth of such statement, and they did willfully cause an act and omission depriving the United States of a lawful duty accruing upon merchandise embraced and referred to in such statements, invoices, declarations, affidavits, letters, and papers, in violation of 18 U.S.C. §§ 542 and 2.

**COUNT 2**
**18 U.S.C. § 545**

On or about March 22, 2022, in Boone County, in the Eastern District of Kentucky, and elsewhere,

**ORIF OLIMJONOV,**
**MOHAMED SAKR, and**
**TANASORN PUPONMETABODEE,**

aiding and abetting each other and other persons known and unknown to the grand jury, fraudulently and knowingly did import and bring into the United States merchandise, that is, approximately 264 truck and bus tires, contrary to law, including 18 U.S.C. §§ 542 and 1001(a) and 19 U.S.C. §§ 1485(a)(3) and 1592(a)(1)(A) and (B), in violation of 18 U.S.C. §§ 545 and 2.

**COUNT 3**
**18 U.S.C. § 542**

On or about September 8, 2022, in Boone County, in the Eastern District of Kentucky, and elsewhere,

**ORIF OLIMJONOV,**
**MOHAMED SAKR, and**
**TANASORN PUPONMETABODEE,**

aiding and abetting each other and other persons known and unknown to the grand jury, willfully and knowingly did enter and introduce, and attempt to enter and introduce, into

the commerce of the United States imported merchandise, that is, approximately 528 truck and bus tires, by means of false and fraudulent statements, invoices, declarations, affidavits, letters, and papers submitted in connection with the entry and introduction of that merchandise into the United States, that is, false information regarding the tires' country of origin, without reasonable cause to believe the truth of such statement, and they did willfully cause an act and omission depriving the United States of a lawful duty accruing upon merchandise embraced and referred to in such statements, invoices, declarations, affidavits, letters, and papers, in violation of 18 U.S.C. §§ 542 and 2.

**COUNT 4**
**18 U.S.C. § 545**

On or about September 8, 2022, in Boone County, in the Eastern District of Kentucky, and elsewhere,

**ORIF OLIMJONOV,**
**MOHAMED SAKR, and**
**TANASORN PUPONMETABODEE,**

aiding and abetting each other and other persons known and unknown to the grand jury, fraudulently and knowingly, did import and bring into the United States merchandise, that is, approximately 528 truck and bus tires, contrary to law, including 18 U.S.C. §§ 542 and 1001(a) and 19 U.S.C. §§ 1485(a)(3) and 1592(a)(1)(A) and (B), in violation of 18 U.S.C. §§ 545 and 2.

**COUNT 5**
**18 U.S.C. § 542**

On or about November 7, 2022, in Boone County, in the Eastern District of Kentucky, and elsewhere,

**ORIF OLIMJONOV,**
**MOHAMED SAKR, and**
**TANASORN PUPONMETABODEE,**

aiding and abetting each other and other persons known and unknown to the grand jury, willfully and knowingly did enter and introduce, and attempt to enter and introduce, into the commerce of the United States imported merchandise, that is, approximately 264 truck and bus tires, by means of false and fraudulent statements, invoices, declarations, affidavits, letters, and papers submitted in connection with the entry and introduction of that merchandise into the United States, that is, false information regarding the tires' country of origin, without reasonable cause to believe the truth of such statement, and they did willfully cause an act and omission depriving the United States of a lawful duty accruing upon merchandise embraced and referred to in such statements, invoices, declarations, affidavits, letters, and papers, in violation of 18 U.S.C. §§ 542 and 2.

**COUNT 6**
**18 U.S.C. § 545**

On or about November 7, 2022, in Boone County, in the Eastern District of Kentucky, and elsewhere,

**ORIF OLIMJONOV,**
**MOHAMED SAKR, and**
**TANASORN PUPONMETABODEE,**

aiding and abetting each other and other persons known and unknown to the grand jury, fraudulently and knowingly, did import and bring into the United States merchandise, that is, approximately 264 truck and bus tires, contrary to law, including 18 U.S.C.

§§ 542 and 1001(a) and 19 U.S.C. §§ 1485(a)(3) and 1592(a)(1)(A) and (B), in violation of 18 U.S.C. §§ 545 and 2.

**FORFEITURE ALLEGATION**
**18 U.S.C. § 982(a)(2)(B)**
**18 U.S.C. § 545**

1. By virtue of the commission of the offenses alleged in Counts 1 through 6 of the Indictment, **ORIF OLIMJONOV, MOHAMED SAKR,** and **TANASORN PUPONMETABODEE** shall forfeit to the United States any property constituting, or derived from, proceeds they obtained directly or indirectly, as the result of the violations of 18 U.S.C. §§ 542 and 545. Any and all interest that **ORIF OLIMJONOV, MOHAMED SAKR,** and **TANASORN PUPONMETABODEE** have in this property is vested in and forfeited to the United States pursuant to 18 U.S.C. § 982(a)(2)(B).

2. By virtue of the commission of the offenses alleged in Counts 4 through 6 of the Indictment, **ORIF OLIMJONOV, MOHAMED SAKR,** and **TANASORN PUPONMETABODEE** shall forfeit to the United States any merchandise introduced into the United States in violation of 18 U.S.C. § 545, or the value thereof. Any and all interest that **ORIF OLIMJONOV, MOHAMED SAKR,** and **TANASORN PUPONMETABODEE** have in this property is vested in and forfeited to the United States pursuant to 18 U.S.C. § 545.

3. The property to be forfeited includes, but is not limited to, the following:

**PERSONAL PROPERTY:**

a. Approximately 528 truck and bus tires imported into the United States and seized in December 2022; and
b. Approximately 264 truck and bus tires imported into the United States and seized in December 2022.

**MONEY JUDGMENT:**
A forfeiture money judgment in the amount of proceeds that the Defendants obtained directly or indirectly as the result of the violations of 18 U.S.C. §§ 542 and 545 and/or the value of any merchandise introduced into the United States in violation of 18 U.S.C. § 545.

4. If any of the property listed above, as a result of any act or omission of the Defendant(s), (A) cannot be located upon the exercise of due diligence; (B) has been transferred or sold to, or deposited with, a third party; (C) has been placed beyond the jurisdiction of the court, (D) has been substantially diminished in value; or (E) has been commingled with other property which cannot be divided without difficulty, the United States shall be entitled to forfeit substitute property pursuant to 21 U.S.C. § 853(p).

**A TRUE BILL**

[redacted]

**JASON D. PARMAN**
**UNITED STATES ATTORNEY**

**ANDREW SPIEVACK**
**ASSISTANT UNITED STATES ATTORNEY**

# PENALTIES

**COUNTS 1, 3, 5:** Not more than 2 years imprisonment, a $250,000 fine, and 1 year supervised release.

**COUNT 2, 4, 6:** Not more than 20 years imprisonment, a $250,000 fine, and 3 years supervised release.

**PLUS:** Mandatory special assessment of $100 per count.

**PLUS:** Restitution, if applicable.

**PLUS:** Forfeiture, as alleged.